UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR SALAZAR,

    Defendant.

Case No. CR19-203 RSM

DETENTION ORDER

Omar Salazar is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a), 841(b)(1)(B), 846, and asset forfeiture. The Court held a detention hearing on September 15, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Mr. Salazar has rebutted the presumption as he has significant community ties and several family members appeared at the hearing.

3. Mr. Salazar poses a risk of nonappearance due to having absconded for over two years and was only located when he was arrested on unrelated drug charges in

DETENTION ORDER - 1

California. Mr. Salazar's passport is also missing and he has an alias that he uses.

Mr. Salazar poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Salazar's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Salazar shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Salazar shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Salazar is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Salazar, to the United States Marshal, and to the United States Pretrial Services Officer.

//

//

DETENTION ORDER - 2

1  Dated this 15th day of September, 2023.

2

3

4  MICHELLE L. PETERSON
   United States Magistrate Judge

DETENTION ORDER - 3