UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAR SALAZAR (aka UMAR OVALLE),<br><br>　　　　　　Defendant. | No. CR19-203RSM<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

The Court has considered Mr. Salazar's Motion to Continue Trial requesting a continuance of the trial date, pretrial motions, and other interim scheduling dates. In light of the facts and circumstances described therein, which are hereby incorporated as findings of fact,

THE COURT FINDS that taking into account the exercise of due diligence a failure to grant a continuance of the trial date would deny the defendant and their counsel the time reasonably necessary for effective preparation, taking into account the exercise of due diligence, because defense counsel needs additional time to review the large amount of discovery in this case, conduct their investigation, perform legal research, consider possible defenses and evaluate potential motions practice, and consult with their client. 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, that a failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS, that the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interest of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS, that based on the large amount of discovery in the case, the new investigation that is expected to result in additional criminal charges, and the schedules of counsel for the government and the defense, that a lengthy continuance is both necessary and appropriate.

Accordingly, IT IS ORDERED that the trial date in this matter shall be continued to October 28, 2024, and that pretrial motions deadline be continued to August 15, 2024.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 16th day of April, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

1

ORDER CONTINUING TRIAL AND
PRETRIAL MOTIONS DEADLINE
*[No. CR19-203 RSM]*
Page 3 of 3